UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. B.,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 24-cv-00301-RFL (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 70 |

In 24 requests for production, M.B. seeks discovery related to a January 2025 incident, when another youth in CCSF juvenile hall "vandalized and ransacked [M.B.'s] cell." Dkt. 70 at 2. That incident occurred more than two years after CCSF allegedly held M.B. in solitary confinement, the event this case is about. *See* Dkt. 18, SAC ¶ 1 ("This case arises from the harm caused by [CCSF] when it unlawfully held M.B. . . . in solitary confinement in juvenile hall" in December 2022.).

M.B. hasn't explained how the 2025 incident could help him prove that his solitary confinement in 2022 was unlawful. Nor has he convinced the Court that the 2025 incident is relevant to CCSF's 2022 room-confinement policies or to whether defendants threatened him, sought to intimidate or coerce him, or acted with deliberate indifference in 2022.

Finding that M.B.'s requests for discovery related to the 2025 vandalization incident are not relevant and proportional to the needs of the case, the Court denies M.B.'s request to compel CCSF to produce responsive documents.

**IT IS SO ORDERED.**

Dated: May 20, 2025

_____
Alex G. Tse
United States Magistrate Judge