DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
LISA GIARRATANO, State Bar # 346002
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3312 (Zelidon-Zepeda)
Telephone: (415) 554-3813 (Giarratano)
Facsimile: (415) 554-3837
E-Mail: jose.zelidon-zepeda@sfcityatty.org
lisa.giarratano@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
NIGEL HICKS, AND WARREN JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF SAN FRANCISCO JUVENILE PROBATION DEPARTMENT KATHERINE MILLER, DEPUTY PROBATION OFFICER WARREN JOHNSON, SUPERVISING PROBATION OFFICER SCOTT KATO, SUPERVISING PROBATION OFFICER BRYAN THOMASSON, DEPUTY PROBATION OFFICER NIGEL HICKS, AND DOES 1-30, INCLUSIVE,<br><br>Defendants. | Case No. 24-cv-00301 RFL<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date: September 8, 2026 |

The parties hereby jointly inform the Court that this case has settled in its entirety. The parties are now in the process of completing all necessary paperwork to finalize the settlement, and obtaining any necessary approvals. To this end, the parties respectfully request that the Court vacate all trial and

pretrial deadlines, and stay this matter while settlement is finalized. Upon fulfillment of the settlement terms, which includes approximately 90-120 days for necessary approvals, the parties will file a dismissal with prejudice, with each side bearing its own fees and costs.

Dated: July 27, 2026

By: **/s/ Bryan S. Vix*
Bryan S. Vix
Coopers LLP
Attorney for Plaintiff, M.B.

By: */s/ Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
San Francisco City Attorney's Office
Attorneys for Defendants City and County of San Francisco, Nigel Hicks, and Warren Johnson

GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP

By: **/s/ Terry M. Finck*
Terry M. Finck
Gordon-Creed, Kelley, Holl & Sugerman, LLP
Attorneys for Defendant Bryan Thomasson

*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.